# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Jessica Babin, | ) | Case No. 1:18-cr-034 |
| Defendant. | ) | |

Defendant was conditionally released to Teen Challenge in Bismarck, North Dakota, on August 29, 2018. On December 7, 2018, the parties filed a stipulation in which they agreed to defendant's release from Teen Challenge over Christmas. The court **ADOPTS** the parties' stipulation (Doc. No. 272) Defendant is permitted to leave Teen Challenge on December 22, 2018, the understanding that she shall return to Teen Challenge on December 26, 2018.

**IT IS SO ORDERED.**

Dated this 10th day of December, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court